FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 OCT 11 AM 9:06

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANAISSA B. GERWALD,                )
                                   )
            Movant,                )
                                   )
vs.                                )   No. CV412-252
                                   )   (Underlying CR411-249)
UNITED STATES OF AMERICA,          )
                                   )
            Respondent.            )

## ORDER

Currently before the Court is the government's motion to stay the proceedings in this 28 U.S.C. § 2255 proceeding until after the conclusion of Gerwald's pending direct appeal. After consideration of all applicable facts and circumstances,

**IT IS HEREBY ORDERED** that the government's motion is granted, that all proceedings in this case are stayed until the resolution of Gerwald's direct appeal, and that the deadline for the government's response to Gerwald's § 2255 motion is re-set to 30 days after the issuance of a decision by the Eleventh Circuit on that direct appeal.

This 11th day of October, 2012.

_____
HON. G.R. SMITH
UNITED STATES MAGISTRATE JUDGE